THE AUTOCAR SALES AND SERVICE COMPANY, A CORPO-
RATION, RESPONDENT, v. JOHN J. SCHEURER, APPEL-
LANT.

Submitted March 27, 1922—Decided June 19, 1922.

On appeal from the Supreme Court, in which the following
*per curiam* was filed:

"In this case judgment was given by the trial court to the
plaintiff for the sum of $250 for repairs to an autocar, the
defendant's counter-claim being overruled by the court.

"The only point involved in the case is one of evidence.
The plaintiff produced the original slips from which the
records were taken. The slips were made at the time the
work was done. Each one of them was O. K.'d by the me-
chanical superintendent, being the original entries. They
were admitted in evidence. We think this was not error, the
point being controlled by our decisions in the cases of *Diament*
v. *Colloty*, 66 *N. J. L.* 295; *Corkran* v. *Rutter*, 76 *Id.* 375.

"The judgment of the district court is affirmed, with costs."

For the appellant, *Seufert & Elmore.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion of the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TREN-
CHARD, PARKER, BERGEN, MINTURN, HEPPENHEIMER, WIL-
LIAMS, ACKERSON, VAN BUSKIRK, JJ. 10.

*For reversal*—WHITE, J. 1.